# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1635. NOONAN v. UPS SUPPLY CHAIN SOLUTIONS, INC.**

Appellant's motion for "Dismissal of Appeal with Prejudice," is in effect a motion to withdraw the appeal because the parties have now settled. Appellant's motion to withdraw this appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/10/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*